UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Elaine R. Icenhour,<br><br>                Plaintiff,<br><br>   v.<br><br>Johnson & Johnson Services, Inc., et al.,<br><br>                Defendants. | No. 2:22-cv-00204-KJM-AC<br><br>ORDER |

      This matter was previously referred to this court's Voluntary Dispute Resolution Panel (VDRP). Mins., ECF No. 7. In late August, the court ordered the parties to report on the status of their participation in the VDRP program. Min. Order, ECF No. 12. The parties reported that they had not agreed on a mediator, among other reasons because plaintiff believed all available panelists were either biased or unqualified. *See* Joint Status Report, ECF No. 12. The court remains persuaded that settlement efforts would be productive. The referral to the VDRP program is thus **withdrawn** and this matter is **referred to a mandatory settlement conference** before the assigned Magistrate Judge to be completed within 90 days. *See* E.D. Cal. L.R. 270(b).

      IT IS SO ORDERED.

DATED: September 22, 2022.

CHIEF UNITED STATES DISTRICT JUDGE

1