UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Elaine R. Icenhour, | No. 2:22-cv-00204-KJM-AC |
| Plaintiff, | ORDER |
| v. | |
| Johnson & Johnson Services, Inc., and Does 1 through 25, | |
| Defendants. | |

The parties stipulated that plaintiff Elaine R. Icenhour should be granted leave to file a First Amended Complaint.  Stip., ECF No. 13.  They also submitted a proposed order to that effect.  Prop. Order, ECF No. 13.  But, under Rule 16 and the court's scheduling order, the parties may only seek leave to amend with good cause.  *See* Standing Scheduling Order at 1–2, ECF No. 8.  "Agreement of the parties by stipulation alone does not constitute good cause." *Id.* at 8.  Because the parties did not offer an explanation for the amendment, they have not shown good cause.  *See* Fed. R. Civ. P. 16(b); *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604 (9th Cir. 1992).

Leave to file an amended complaint is **denied without prejudice**.

This order resolves ECF No. 13.

IT IS SO ORDERED.

DATED: September 22, 2022.

CHIEF UNITED STATES DISTRICT JUDGE