DAVID S. RATNER (SBN 316267)
SHELLEY A. MOLINEAUX (SBN 277884)
RATNER MOLINEAUX, LLP
1990 N. California Blvd., Suite 20
Walnut Creek, CA 94596
Tel: (925) 239-0899
Fax: (925) 801-3818
david@ratnermolineaux.com
shelley@ratnermolineaux.com

Attorneys for Plaintiff
ELAINE R. ICENHOUR

JENNIFER SVANFELDT (SB# 233248)
AMANDA M. OSOWSKI (SB# 317843)
GBG LLP
601 Montgomery Street, Suite 840
San Francisco, CA 94111
Telephone: (415) 603-5000
Facsimile: (415) 840-7210
jensvanfeldt@gbgllp.com
amandaosowski@gbgllp.com

Attorneys for Defendant
JOHNSON & JOHNSON SERVICES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE R. ICENHOUR, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON SERVICES, INC., a United States Corporation, and DOES 1 through 25, Inclusive,<br><br>    Defendants. | Case No.: 2:22-CV-00204-KJM-AC<br><br>**ORDER GRANTING PARTIES STIPULATION TO EXTEND DISCOVERY CUT-OFF DATES** |

1 Having considered the Stipulation of counsel for the parties and good cause appearing:

2 **IT IS HEREBY ORDERED** that the fact-discovery cutoff be extended to June 16 for the limited purposes of:

1) conducting the depositions of the 30(b)(6) witness, Carla Decotelli-Mendes, Mary Zeigenfuss; Michelle Overbeck, Stephanie Masi, Dr. Virginia Tuliao Corpuz-Zabala and Diana Fitzpatrick; and

3) the photographs and Facebook postings reflecting Plaintiff's activities her vacation in September 2020.

**IT IS FURTHER ORDERED** that the expert discovery dates are extended as follows:

1) the last day to complete expert disclosure is extended to July 31, 2023;

2) the last to exchange rebuttal expert witnesses is extended to August 31, 2023; and

3) the last day to complete expert discovery is extended to September 29, 2023.

**IT IS SO ORDERED.**

DATED:  May 18, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE